IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICHOLAS MCCRIGHT,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SARAH VENTURA TRISTAN, Individual; MARIAH MCGRONE, Individual; and DENAE L. REEVES, Individual,<br><br>　　　　　　　Defendants. | 8:24CV385<br><br>**ORDER DISMISSING CASE FOR FAILURE TO SHOW CAUSE** |

This case is before the Court after the Order to Show Cause by United States Magistrate Judge Michael D. Nelson entered on January 6, 2025. Filing 41. At that time, the only remaining defendants were Sarah Ventura Tristan, Mariah McGrone, and Denae L. Reeves, none of whom had been served with the summons and Complaint. In his Show Cause Order, Judge Nelson explained that Plaintiff had failed to serve these remaining defendants within the time provided by Federal Rule of Civil Procedure 4(m). Filing 41 at 1. Therefore, Judge Nelson ordered the following:

> Plaintiff shall have until January 27, 2025, to show cause why this case should not be dismissed as to defendants Sarah Ventura Tristan, Mariah McGrone, and Denae L. Reeves pursuant to Federal Rule of Civil Procedure 4(m) or take other appropriate action. The failure to timely comply with this order may result in dismissal of this action without further notice.

Filing 41 at 2. Plaintiff has not responded to the Order to Show Cause in any way, and the deadline for a response has now expired. Accordingly,

IT IS ORDERED that this case is dismissed as to defendants Sarah Ventura Tristan, Mariah McGrone, and Denae L. Reeves pursuant to Federal Rule of Civil Procedure 4(m). The

1

November 27, 2024, Motion to Dismiss by defendant Denae L. Reeves, Filing 37, is denied as moot. The Clerk of Court shall close the case.

Dated this 4th day of February, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge